UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| LAWERANCE M. HUDAK<br>ROBERTA J. HUDAK,<br><br>    Appellants,<br><br>v.<br><br>JAMES K. WALLACE, individually and in<br>his capacity as Sheriff of Jasper County, Indiana,<br>ORVILLE PERRY, in his capacity as Sheriff<br>of Jasper County, Indiana, and<br>PAUL RICKER, individually, and in his capacity<br>as Deputy Sheriff of Jasper County, Indiana,<br><br>    Appellees. | CAUSE NO. 4:05cv0039AS<br><br>BANKRUPTCY COURT<br>ADVERSARY NO. 04-4012 |

IN RE:

LAWERANCE M. HUDAK,
ROBERTA J. HUDAK          BANKRUPTCY CASE NO. 02-40430

    Debtors.

**MEMORANDUM, ORDER AND OPINION**

On or about August 3, 2005 the Debtors/Appellants were granted until August 14, 2005 to file their Appellants' Brief. As of this date neither that Brief nor any other motion, notice, or other document has been filed with this Court. Therefore, this appeal is **DISMISSED**.

**SO ORDERED.**

Date: September 27, 2005                               s/Allen Sharp
                                                                                         **ALLEN SHARP, JUDGE**
                                                                                         **UNITED STATES DISTRICT COURT**